*PAULET, S.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 4/5/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
GURDEV SINGH,                                           :
                                                        :      No. 05 Civ 7681 (WHP)
                              Plaintiff,                :
                                                        :
            -against-                                   :  **STIPULATION AND ORDER OF**
                                                        :  **DISMISSAL WITH PREJUDICE**
SHAHID ENTERPRISES, INC., SHAHID                        :
WAHEED, P&K CONTRACTING, INC., and                      :
DOES 1-10,                                              :
                                                        :
                              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned counsel, that this action shall be, and the same hereby is, dismissed against

defendant P&K Contracting, Inc., with prejudice and without costs to any party, pursuant

to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 4, 2006

                                            DEBEVOISE & PLIMPTON LLP

                                            By: _____
                                               Genevieve A. Pope (GP 8793)

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
       4/5/06

                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-6000

                                            ASIAN AMERICAN LEGAL DEFENSE
                                            AND EDUCATION FUND

9

22139302v2

Kenneth Kimerling (KK 5762)
Tushar J. Sheth (TS 5672)

99 Hudson Street
New York, New York 10013
(212) 966-5932

*Attorneys for Plaintiff Gurdev Singh*

DUNNINGTON, BARTHOLOW &
MILLER, LLP

By:_____
Carol A. Sigmond (CS 2735)

477 Madison Avenue
New York, NY 10022
(212) 682-8811

*Attorneys for Defendant P&K Contracting, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
WILLIAM H. PAULEY III

10

22139302v2